```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10359
   GREGORY V BUTLER
   SHARON L MASSEY                            CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9490      SSN XXX-XX-7327

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/09/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/31/2007.
-------------------------------------------------------------------------------
                                                                   PRINCIPAL
CREDITOR NAME              CLASS           CLAIM AMOUNT  INTEREST
                                                           PAID       PAID
-------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED           1850.00        .00      124.00
GRP FINANCIAL SERVICES C   CURRENT MORTG        .00         .00        .00
GRP FINANCIAL SERVICES C   MORTGAGE ARRE        .00         .00        .00
LITTON LOAN SERVICING      CURRENT MORTG        .00         .00        .00
LITTON LOAN SERVICING      MORTGAGE ARRE     3700.00        .00        .00
PRAIRIE TRAIL CREDIT UNI   SECURED VEHIC    12975.00      259.89     732.15
PRAIRIE TRAIL CREDIT UNI   UNSECURED         8086.91        .00        .00
IL DEPT OF HEALTHCARE &    DSO ARREARS      21926.36        .00        .00
IL DEPT OF HEALTHCARE &    UNSECURED        NOT FILED       .00        .00
IL DEPT OF HEALTHCARE &    DSO ARREARS      NOT FILED       .00        .00
IL DEPT OF HEALTHCARE &    UNSECURED        NOT FILED       .00        .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED       .00        .00
INTERNAL REVENUE SERVICE   PRIORITY          7670.16        .00        .00
AMERICAS FINANCIAL CHOIC   UNSECURED          231.50        .00        .00
ASSET ACCEPTANCE LLC       UNSECURED          317.44        .00        .00
ASSET ACCEPTANCE LLC       UNSECURED        NOT FILED       .00        .00
CAB SERVICES               UNSECURED        NOT FILED       .00        .00
CAVALRY INVESTMENTS        UNSECURED          525.99        .00        .00
CB USA INC                 UNSECURED         2000.00        .00        .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED       .00        .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED       .00        .00
CREDIT PROTECTION          UNSECURED        NOT FILED       .00        .00
CREDITORS COLLECTION BUR   UNSECURED        NOT FILED       .00        .00
CREDTRS COLL               UNSECURED        NOT FILED       .00        .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED       .00        .00
INTERNAL REVENUE SERVICE   UNSECURED         2987.11        .00        .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED       .00        .00
THORNCREEK TOWNHOMES LLC   UNSECURED         8956.93        .00        .00
LVNV FUNDING               UNSECURED        NOT FILED       .00        .00
MRSI                       UNSECURED        NOT FILED       .00        .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED       .00        .00
NICOR GAS                  UNSECURED         2597.98        .00        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10359 GREGORY V BUTLER & SHARON L MASSEY
```

```
NICOR GAS                  UNSECURED      NOT FILED           .00          .00
NICOR GAS                  UNSECURED      NOT FILED           .00          .00
PRAIRIE TRAIL CREDIT UNI   UNSECURED       1100.02            .00          .00
PRAIRIE TRAIL CREDIT UNI   UNSECURED        711.47            .00          .00
PROPFESSIONAL COLLECTION   FILED LATE          .00            .00          .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED           .00          .00
ROUNDUP FUNDING LLC        UNSECURED        407.14            .00          .00
VANRU CREDIT               UNSECURED      NOT FILED           .00          .00
VILLAGE OF HAZEL CREST     UNSECURED      NOT FILED           .00          .00
ZENITH ACQU                UNSECURED      NOT FILED           .00          .00
ZENITH ACQU                UNSECURED      NOT FILED           .00          .00
ZENITH ACQUISITIONS        UNSECURED      NOT FILED           .00          .00
ZENITH ACQUISITIONS        UNSECURED      NOT FILED           .00          .00
ZENITH ACQUISITIONS        UNSECURED      NOT FILED           .00          .00
ZENITH ACQUISITIONS        UNSECURED      NOT FILED           .00          .00
NUVELL CREDIT CO LLC       SECURED NOT I  17575.52            .00          .00
OSI COLLECTIONS            UNSECURED        158.92            .00          .00
FINGERHUT CORP             UNSECURED        205.07            .00          .00
COMMONWEALTH EDISON        UNSECURED        322.86            .00          .00
COOK COUNTY TREASURER      NOTICE ONLY    NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   SECURED NOT I  13040.57            .00          .00
AMERICAS FINANCIAL CHOIC   UNSECURED        262.99            .00          .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     54.00            .00        54.00
AMERICASH LOANS LLC        UNSECURED       1277.68            .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                    1,361.48
TOM VAUGHN                 TRUSTEE                                       182.29
DEBTOR REFUND              REFUND                                        738.85

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                3,452.66

PRIORITY                                           54.00
SECURED                                           856.15
   INTEREST                                       259.89
UNSECURED                                            .00
ADMINISTRATIVE                                  1,361.48
TRUSTEE COMPENSATION                              182.29
DEBTOR REFUND                                     738.85
                       ---------------        ---------------
TOTALS                 3,452.66                 3,452.66
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE