```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10359
   GREGORY V BUTLER
   SHARON L MASSEY                          CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9490      SSN XXX-XX-7327


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/09/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/31/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER    SECURED           1850.00             .00        124.00
GRP FINANCIAL SERVICES C CURRENT MORTG         .00             .00            .00
GRP FINANCIAL SERVICES C MORTGAGE ARRE         .00             .00            .00
LITTON LOAN SERVICING    CURRENT MORTG         .00             .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE     3700.00             .00            .00
PRAIRIE TRAIL CREDIT UNI SECURED VEHIC    12975.00          259.89         732.15
PRAIRIE TRAIL CREDIT UNI UNSECURED         8086.91             .00            .00
IL DEPT OF HEALTHCARE &  DSO ARREARS      21926.36             .00            .00
IL DEPT OF HEALTHCARE &  UNSECURED       NOT FILED             .00            .00
IL DEPT OF HEALTHCARE &  DSO ARREARS     NOT FILED             .00            .00
IL DEPT OF HEALTHCARE &  UNSECURED       NOT FILED             .00            .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED             .00            .00
INTERNAL REVENUE SERVICE PRIORITY          7670.16             .00            .00
AMERICAS FINANCIAL CHOIC UNSECURED          231.50             .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          317.44             .00            .00
ASSET ACCEPTANCE LLC     UNSECURED       NOT FILED             .00            .00
CAB SERVICES             UNSECURED       NOT FILED             .00            .00
CAVALRY INVESTMENTS      UNSECURED          525.99             .00            .00
CB USA INC               UNSECURED         2000.00             .00            .00
COLLECTION COMPANY OF AM UNSECURED       NOT FILED             .00            .00
COLLECTION COMPANY OF AM UNSECURED       NOT FILED             .00            .00
CREDIT PROTECTION        UNSECURED       NOT FILED             .00            .00
CREDITORS COLLECTION BUR UNSECURED       NOT FILED             .00            .00
CREDTRS COLL             UNSECURED       NOT FILED             .00            .00
HARVARD COLLECTION SERVI UNSECURED       NOT FILED             .00            .00
INTERNAL REVENUE SERVICE UNSECURED         2987.11             .00            .00
INTERNAL REVENUE SERVICE UNSECURED       NOT FILED             .00            .00
THORNCREEK TOWNHOMES LLC UNSECURED         8956.93             .00            .00
LVNV FUNDING             UNSECURED       NOT FILED             .00            .00
MRSI                     UNSECURED       NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED       NOT FILED             .00            .00
NICOR GAS                UNSECURED         2597.98             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10359 GREGORY V BUTLER & SHARON L MASSEY
```

```
NICOR GAS                  UNSECURED       NOT FILED              .00            .00
NICOR GAS                  UNSECURED       NOT FILED              .00            .00
PRAIRIE TRAIL CREDIT UNI   UNSECURED         1100.02              .00            .00
PRAIRIE TRAIL CREDIT UNI   UNSECURED          711.47              .00            .00
PROPFESSIONAL COLLECTION   FILED LATE           .00               .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED              .00            .00
ROUNDUP FUNDING LLC        UNSECURED          407.14              .00            .00
VANRU CREDIT               UNSECURED       NOT FILED              .00            .00
VILLAGE OF HAZEL CREST     UNSECURED       NOT FILED              .00            .00
ZENITH ACQU                UNSECURED       NOT FILED              .00            .00
ZENITH ACQU                UNSECURED       NOT FILED              .00            .00
ZENITH ACQUISITIONS        UNSECURED       NOT FILED              .00            .00
ZENITH ACQUISITIONS        UNSECURED       NOT FILED              .00            .00
ZENITH ACQUISITIONS        UNSECURED       NOT FILED              .00            .00
ZENITH ACQUISITIONS        UNSECURED       NOT FILED              .00            .00
NUVELL CREDIT CO LLC       SECURED NOT I   17575.52               .00            .00
OSI COLLECTIONS            UNSECURED          158.92              .00            .00
FINGERHUT CORP             UNSECURED          205.07              .00            .00
COMMONWEALTH EDISON        UNSECURED          322.86              .00            .00
COOK COUNTY TREASURER      NOTICE ONLY    NOT FILED               .00            .00
INTERNAL REVENUE SERVICE   SECURED NOT I   13040.57               .00            .00
AMERICAS FINANCIAL CHOIC   UNSECURED          262.99              .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     54.00                .00          54.00
AMERICASH LOANS LLC        UNSECURED         1277.68              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                          1,361.48
TOM VAUGHN                 TRUSTEE                                             182.29
DEBTOR REFUND              REFUND                                              738.85

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,452.66

PRIORITY                                              54.00
SECURED                                              856.15
   INTEREST                                          259.89
UNSECURED                                               .00
ADMINISTRATIVE                                     1,361.48
TRUSTEE COMPENSATION                                 182.29
DEBTOR REFUND                                        738.85
                         ---------------       ---------------
TOTALS                   3,452.66                  3,452.66
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |